| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | David Pekerow<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2701<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 7   3/23/23 |
| Case number: | 23–12375–KCF | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Pekerow | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 32 Greenbriar Blvd.<br>Brick, NJ 08724 | |
| 4. | **Debtor's attorney**<br>Name and address | David Pekerow<br>32 Greenbriar Blvd.<br>Brick, NJ 08724 | Contact phone _____<br>Email: None |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 3/24/23 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 26, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/26/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-12375-KCF

David Pekerow  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Mar 24, 2023  Form ID: 309A  Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Pekerow, 32 Greenbriar Blvd., Brick, NJ 08724-2050 |
| 519870008 | + | ACHIEVE PERSONAL LOANS, 1875 S GRANT ST, STE 400, SAN MATEO, CA 94402-2676 |
| 519870015 | + | FMA ALLIANCE, INC., 12339 CUTTEN ROAD, HOUSTON, TX 77066-1807 |
| 519870017 | + | HAYT, HAYT & LANDAU, LLC, 2 INDUSTRIAL WAY WEST, P.O. BOX 500, EATONTOWN, NJ 07724-0500 |
| 519870067 | + | JOAN ARESCO, 32 GREENBRIAR BLVD, BRICK NJ 08724-2050 |
| 519870068 | + | LIFE STORAGE, 1690 E NEW YORK AVE, BROOKLYN NY 11212-8019 |
| 519870023 | + | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, C/O WILMINGTON TRUST, 1100 N MARKET ST, STE 1300, WILMINGTON, DE 19890-1100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BADOBIN.COM | Mar 25 2023 00:39:00 | Andrea Dobin, McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519870007 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 24 2023 20:49:00 | ABSOLUTE RESOLUTIONS LLC, 8000 NORMAN CENTER DR, SUITE 350, BLOOMINGTON, MN 55437 |
| 519870009 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2023 21:00:19 | AMERICAN EXPRESS, P.O. BOX 981535, EL PASO, TX 79998-1535 |
| 519870010 | + | EDI: CINGMIDLAND.COM | Mar 25 2023 00:39:00 | ATT MOBILITY LLC, C/O MIDLAND BANKRUPTCY, 5407 ANDREWS HWY, MIDLAND, TX 79706-3615 |
| 519870011 | | Email/Text: cms-bk@cms-collect.com | Mar 24 2023 20:51:00 | CAPITAL MANAGEMENT SERVICES, LP, 698 1/2 SOUTH OGDEN STREET, BUFFALO, NY 14206-2317 |
| 519870012 | | EDI: CAPITALONE.COM | Mar 25 2023 00:39:00 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519870013 | + | EDI: CITICORP.COM | Mar 25 2023 00:39:00 | CITIBANK, NA, P.O. BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 519870014 | | EDI: DISCOVER.COM | Mar 25 2023 00:39:00 | DISCOVER BANK, P.O. BOX 30943, SALT LAKE CITY, UT 84130-0943 |
| 519870016 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 24 2023 20:50:00 | GREAT LAKES EDUCATIONAL LOAN SVCS, 2401 INTERNATIONAL LANE, MADISON, WI 53704-3121 |

Case 23-12375-KCF    Doc 9    Filed 03/26/23    Entered 03/27/23 00:17:57    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: 309A | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 519870019 | | EDI: JPMORGANCHASE | Mar 25 2023 00:39:00 | JPMORGAN CHASE BANK, N.A., 340 SOUTH CLEVELAND AVENUE, BLDG. 370, MAIL CODE OH-1-1272, WESTERVILLE, OH 43081 |
| 519870018 | | EDI: JPMORGANCHASE | Mar 25 2023 00:39:00 | JPMORGAN CHASE BANK, NA, P.O. BOX 15298, WILMINGTON, DE 19850-5298 |
| 519870020 | + | EDI: LENDNGCLUB | Mar 25 2023 00:39:00 | LENDING CLUB BANK, 595 MARKET ST SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 519870021 | | Email/Text: compliance@monarchrm.com | Mar 24 2023 20:51:00 | MONARCH RECOVERY MANAGEMENT, 3260 TILLMAN DR, STE 75, BENSALEM, PA 19020 |
| 519870022 | | Email/Text: Bankruptcy@mjrf.com | Mar 24 2023 20:51:00 | MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP, 6851 JERICHO TURNPIKE, SUITE 220, P.O. BOX 9036, SYOSSET, NY 11791 |
| 519870024 | ^ | MEBN | Mar 24 2023 20:49:05 | PATENAUDE & FELIX, APC, 9619 CHESAPEAKE DRIVE, SUITE 300, SAN DIEGO, CA 92123-1392 |
| 519870025 | | Email/Text: signed.order@pfwattorneys.com | Mar 24 2023 20:50:00 | PRESSLER, FELT & WARSHAW LLP, 7 ENTIN ROAD, PARSIPPANY, NJ 07054-5020 |
| 519870026 | + | Email/Text: bankruptcy@rubinrothman.com | Mar 24 2023 20:50:00 | RUBIN & ROTHMAN LLC, 1787 VETERANS MEMORIAL HIGHWAY, ISLANDIA, NV 11749-1500 |
| 519870027 | + | Email/Text: bncnotices@stengerlaw.com | Mar 24 2023 20:50:00 | STENGER & STENGER, PC, 2618 E PARIS AVENUE SE, GRAND RAPIDS, Ml 49546-2458 |
| 519870028 | | EDI: RMSC.COM | Mar 25 2023 00:39:00 | SYNCB SWEETWATER, PO BOX 965002, ORLANDO, FL 32896-5002 |
| 519870029 | + | Email/Text: ClericalSupport@tenagliahunt.com | Mar 24 2023 20:51:00 | TENAGLIA & HUNT, P.A., 395 WEST PASSAIC STREET, SUITE 205, ROCHELLE PARK, NJ 07662-3016 |
| 519870030 | | EDI: USBANKARS.COM | Mar 25 2023 00:39:00 | US BANK, PO BOX 6352, FARGO, ND 58125 |
| 519870031 | | Email/Text: EDBKNotices@ecmc.org | Mar 24 2023 20:50:00 | US DEPT OF EDUCATION, PO BOX 5609, GREENVILLE, TX 75403-5609 |
| 519870032 | | EDI: WFFC2 | Mar 25 2023 00:39:00 | WELLS FARGO BANK, P.O. BOX 51193, LOS ANGELES, CA 90051-5493 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023            Signature:       /s/Gustava Winters