Fill in this information to identify the case:

Debtor 1   DAVID _____ PEKEROW
           First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number  23-12375
(If known)

FILED
JEANNE A. NAUGHTON, CLERK
APR 1 1 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

## Official Form 423
## Certification About a Financial Management Course

12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.

- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1:  Tell the Court About the Required Course

You must check one:

☑ **I completed an approved course in personal financial management:**

   Date I took the course    04/08/2023
                             MM / DD / YYYY

   Name of approved provider   InCharge Debt Solutions

   Certificate number   00301-NJ-DE-037329806

☐ I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on (check one):

   ☐ Incapacity.  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ Disability.  My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ Active duty.  I am currently on active military duty in a military combat zone.

   ☐ Residence.  I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:  Sign Here

I certify that the information I have provided is true and correct.

_/s/ David Pekerow_                    DAVID PEKEROW                    Date 04/10/2023
Signature of debtor named on certificate    Printed name of debtor              MM / DD / YYYY

Official Form 423                Certification About a Financial Management Course

[Print]  [Save As...]                                                    [Reset]

Certificate Number: 00301-NJ-DE-037329806

Bankruptcy Case Number: 23-12375



00301-NJ-DE-037329806

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 8, 2023, at 2:56 o'clock AM EDT, DAVID PEKEROW completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: April 8, 2023

By: /s/Shabonda Burch

Name: Shabonda Burch

Title: Certified Bankruptcy Counselor

D. Peterson
32 Greenbriar Blvd
Brick, NJ 08724

TRENTON NJ 085
10 APR 2023 PM 5 L

New Jersey Bankruptcy Court
Fisher Federal Building
402 East State St.
Trenton, NJ 08608-1507

08608-150799